IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA, | : |  |
|---|---|---|
|  | : |  |
| v. | : | CRIMINAL NO. 4:22-CR-008-CDL |
|  | : |  |
| NADINE WORD, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**GOVERNMENT'S DISCOVERY LOG**

| Volume | BegDoc# | EndDoc# | Description |
|---|---|---|---|
| 2 | USAO_WORD-0001 | USAO_WORD_0338 | Tax Returns |

Discovery was provided previously on February 9, 2022 via USA/.FX. Discovery log of those items are listed below.

| Vol. No. | DESCRIPTION | Bates range |
|---|---|---|
| 1 | Case File – Reports, Tax returns, Background information | USAO_0001 to USAO_010406 |

Sent to and delivered via USA/FX :   Frank G. Podesta
On April 26, 2022                         FGP LAW, LLC

This 27th day of April 2022.

                                              PETER D. LEARY
                                              UNITED STATES ATTORNEY

BY:    *s/Amelia G. Helmick*
           AMELIA G. HELMICK
           Assistant United States Attorney
           Georgia Bar No. 142673
           United States Attorney's Office
           Middle District of Georgia
           P.O. Box 2568
           Columbus, Georgia 31902
           Phone: (706) 649-7700
           amy.helmick@usdoj.gov