**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO.** |
| | ) | **4:22-CR-00008-CDL** |
| **NADINE WORD,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | )_____ | |

### ORDER

Defendant Nadine Word was indicted on April 13, 2022 [Doc. 1] and arraigned on April 20, 2022 [Doc. 8].  A pretrial conference is currently scheduled for May 19, 2022 [Doc. 5].  The parties jointly ask to continue the case to the Court's September 2022 jury trial term.  Specifically, Ms. Word needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for **September**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for

effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **9th** day of **May, 2022**.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA