IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 4:22-CR-00008-CDL |
| NADINE WORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | _____ |

## ORDER

Defendant Nadine Word was indicted on April 13, 2022 [Doc. 1] and arraigned on April 20, 2022 [Doc. 8]. A pretrial conference is currently scheduled for August 2, 2022 [Doc. 18]. The parties jointly ask to continue the case. Specifically, Ms. Word needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for **January 2023**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for

effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

    SO ORDERED, this **21st** day of **July, 2022**.

                                      S/Clay D. Land
                                      Clay D. Land, U.S. District Judge