```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

UNITED STATES OF AMERICA,          \*

vs.                                \*

NADINE WORD,                       \*   CASE NO. 4:22-cr-8-CDL-CHW-1

    Defendant.                   \*

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 13, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.[1]

IT IS SO ORDERED, this 16th day of April, 2025.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA

---

[1] The Court notes that Defendant has been released from prison, and therefore, the Government's motion to dismiss her claim for compassionate release is also granted based on mootness.